Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Paragon Tropicana,
Inc. d/b/a OYO Hotel & Casino Las Vegas*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA MURRAY, individually,<br><br>               Plaintiff,<br><br>    vs.<br><br>PARAGON TROPICANA, INC. d/b/a OYO HOTEL & CASINO LAS VEGAS, a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>              Defendants. | Case No.:  2:25-cv-00906-CDS-BNW<br><br>**ORDER RE:**<br>**DEFENDANT'S REQUEST FOR EXCEPTION TO IN-PERSON ATTENDANCE AT EARLY NEURTRAL EVALUATION**<br><br>**HEARING DATE: September 17, 2025**<br>**HEARING TIME: 10:00 AM** |

Pursuant to the Court's Order Regarding Early Neutral Evaluation Session ("ENE") (ECF No. 8) and LR 16-6, Defendant Paragon Tropicana, Inc. d/b/a OYO Hotel & Casino Las Vegas (collectively "Defendant"), by and through its undersigned counsel, hereby submits this request to allow its insurance carrier representative to attend the September 17, 2025, ENE before the Honorable Daniel J. Albregts, United States Magistrate Judge telephonically.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

- 1 -

Pursuant to the Court's Order (ECF No. 8), where a party is subject to coverage by an insurance carrier, a representative of the insurance carrier with authority to settle the matter up to the full amount of the claim must attend the ENE in addition to a party representative, unless an exception is granted. Defendant is subject to coverage by an insurance carrier, though it is well within the Self Insured Retention ("SIR") at this point.

A telephonic appearance by the insurance carrier's claims representative will not inhibit or limit the parties' ability to negotiate or reach a potential settlement. Defendant's VP of Finance and Administration and Executive Director of Casino Operations will be present for the duration of the ENE session. They have binding authority to settle this matter on Defendant's behalf and is familiar with the claims alleged by Plaintiff. Defendant's insurance carrier is confident in Defendant's ability to negotiate a fair and final resolution in this matter.

If an exception to the in-person attendance requirement is granted, the claims representative will be available telephonically for the entirety of the ENE. However, based on the allegations contained in Plaintiff's Complaint, and for reasons that will be discussed in detail in Defendant's confidential evaluation statement, Defendant believes the insurance policy's SIR threshold far exceeds the value of Plaintiff's claims. As such, it would not be cost effective to fly a claims representative to Las Vegas to attend the ENE in-person as the costs could be disproportionate to the value of the case.

///

///

///

///

///

///

///

Defendant is confident in its ability to fully and in good faith participate in the ENE with the claims representative participating telephonically. Based on the foregoing, Defendant respectfully requests that the Court's in-person attendance requirement for the insurance carrier be waived and that the Court approve Defendant's request to allow the claims representative to attend the September 17, 2025, ENE telephonically.

DATED this 3rd day of July, 2025.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Noel M. Hernandez*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Paragon Tropicana, Inc.
d/b/a OYO Hotel & Casino Las Vegas*

**IT IS SO ORDERED**.  Defendant's counsel will be responsible for establishing a telephone connection with its claims representative as needed during the ENE.

DATED: 7/9/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing DEFENDANT'S REQUEST FOR EXCEPTION TO IN-PERSON ATTENDANCE AT EARLY NEURTRAL EVALUATION to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing, to the following registrant:

Jason R. Maier
Danille J. Barraza

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Jason R. Maier
Danille J. Barraza
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 3rd day of July, 2025.

/s/ Sunny Salmond

AN EMPLOYEE OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.