Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Paragon Tropicana, Inc.
d/b/a OYO Hotel & Casino Las Vegas*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA MURRAY, individually,<br><br>    Plaintiff<br><br>v.<br><br>PARAGON TROPICANA, INC. d/b/a OYO HOTEL & CASINO LAS VEGAS, a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant | Case No.: 2:25-cv-00906-CDS-BNW<br><br>**STIPULATION OF DISMISSAL OF CASE, WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, by and between Plaintiff Felicia Murray ("Plaintiff") and Defendant Paragon Tropicana, Inc. d/b/a OYO Hotel & Casino Las Vegas, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

Each party to bear their own attorneys' fees, costs and expenses.

DATED this 19th day of November, 2025.

MAIER GUTIERREZ & ASSOCIATES

/s/ Danielle J. Barraza
Jason R. Maier
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 19th day of November, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Noel M. Hernandez
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Paragon Tropicana, Inc. d/b/a OYO Hotel & Casino Las Vegas*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2025

- 2 -